IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE   Georgia Ann Fleischauer

CASE NO:   4:05-bk-27856 M                                                                 Chapter 13

CHAPTER 13 ORDER OF DISMISSAL
FOR FAILURE TO MAKE PLAN PAYMENTS

Before the court is the Motion to Dismiss filed by the Trustee on August 10, 2010 as a result of the debtor's failure to make plan payments in accordance with the plan. The motion was set for hearing on September 30, 2010. The debtor did not appear and the debtor's attorney did appear.

For cause shown, the court finds that the debtor has failed to make plan payments pursuant to the plan. Therefore, the case should be, and hereby is, dismissed.

IT IS SO ORDERED.

Date: 09/30/2010                                                          /s/   James G. Mixon

                                                                                  James G. Mixon
                                                                                  U.S. Bankruptcy Judge

cc:   Jack W Gooding, Trustee

       All Creditors

       John A Flynn
       P O Box 1344
       Cabot, AR  72023

       Georgia Ann Fleischauer
       385 Crossroads Cv
       Ward, AR  72176